**RECEIVED**

MAR 1 9 2014

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT, LOUISIANA

BY: _____

## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
## MONROE DIVISION

**UNITED STATES OF AMERICA**                    **CRIMINAL NO. 13-cr-269**

**VERSUS**                                       **JUDGE TOM STAGG**

**KERRY D. GAYFIELD**                            **MAGISTRATE JUDGE HAYES**

### JUDGMENT

The Report and Recommendation of the Magistrate Judge having been considered,

together with the written objections thereto filed with this Court, and, after a *de novo* review of

the record, finding that the Magistrate Judge's Report and Recommendation is correct and that

judgment as recommended therein is warranted,

IT IS ORDERED that the Motion to Suppress, [doc. # 16], filed by Defendant Kerry D.

Gayfield is hereby DENIED.

THUS DONE AND SIGNED in chambers, this 18th day of _March_

2014, Shreveport, Louisiana.

_____
TOM STAGG
UNITED STATES DISTRICT JUDGE