UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NUMBER   13-0269 |
| VERSUS | * | JUDGE ROBERT G. JAMES |
| KERRY D. GAYFIELD | * | MAG. JUDGE KAREN L. HAYES |

## J U D G M E N T

The Report and Recommendation of the Magistrate Judge, having been considered, no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the District Court accepts the conditional guilty plea of defendant Kerry D. Gayfield and adjudges him guilty of the offense(s) charged in Counts One, Two, and Three of the indictment against him, reserving his right to appeal the adverse ruling on his motion to suppress.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that the District Court accepts defendant Kerry D. Gayfield's agreement to forfeit and abandon his interest in the firearm(s) and ammunition seized as a result of the investigation of this matter.

THUS DONE AND SIGNED in Chambers, this 10th day of July, 2014, at Monroe, Louisiana.

_____
ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE