UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION NO. 13-00269 |
| VERSUS | JUDGE ROBERT G. JAMES |
| KERRY D. GAYFIELD | MAG. JUDGE KAREN L. HAYES |

PRELIMINARY ORDER OF FORFEITURE

WHEREAS, by virtue of the terms and conditions of Defendant Kerry D. Gayfield's plea agreement and adjudgment of guilt, the United States of America ("the United States") is now entitled to possession of all of Defendant's rights, title, and interest in the following property:

    a)    a Smith and Wesson, .38 Special caliber revolver and .38 special ammunition;

    b)    a Jennings model J22, .22 caliber pistol and .22 caliber ammuntion; and

    c)    $469.00 in cash.

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the United States' Motion for Preliminary Order of Forfeiture [Doc. No. 67] is GRANTED and that:

1.    Based on Defendant's guilty plea to Counts 1, 2, and 3 of the Indictment, all rights, title and interest of Defendant Kerry Gayfield, and the following property is hereby forfeited to the United States for disposition in accordance with the law, subject to the provisions of Title 18, United States Code, Section 924(d)(1):

    a)    a Smith and Wesson, .38 Special caliber revolver and .38 special ammunition;

    b)    a Jennings model J22, .22 caliber pistol and .22 caliber ammuntion; and

      c)      $469.00 in cash.

2.      Upon entry of this Order, the United States Marshal's Service or the Bureau of Alcohol, Tobacco, Firearms, and Explosives is authorized to seize said assets on behalf of the United States, in accordance with Rule 32.2(b)(3) of the Federal Rules of Criminal Procedure.

3.      Pursuant to Title 18, United States Code, Section 924(d)(1) and the Attorney General's authority to determine the manner of publication of an Order of Forfeiture in a criminal case, the United States shall publish notice of this order on an official government internet site (www.forfeiture.gov) for at least 30 consecutive days, notice of this Order and notice of the United States Marshal Service's or Bureau of Alcohol, Tobacco, Firearms and Explosives' intent to dispose of the property in such manner as the Attorney General may direct and notice that any person, other than Defendant Kerry Gayfield, having or claiming a legal interest in the property must file a petition with the Court within thirty (30) days of the final publication of notice or of receipt of actual notice, whichever is earlier. This notice shall state that the petition shall be for a hearing to adjudicate the validity of the petitioner's alleged interest in the property, shall be signed by the petitioner under penalty of perjury, and shall set forth the nature and extent of the petitioner's right, title or interest in the forfeited property and any additional facts supporting the petitioner's claim and the relief sought. The United States may also, to the extent practicable, provide direct written notice to any person known to have alleged an interest in the property that is the subject of the Preliminary Order of Forfeiture, as a substitute for published notice as to those persons so notified.

      All such claims and answers must be filed with the Office of the Clerk, United States District Court, Western District of Louisiana, 300 Fannin Street, Suite 1167, Shreveport,

Louisiana 71101 with a copy thereof sent to Assistant United States Attorney Robert W. Gillespie, Jr., 300 Fannin Street, Suite 3201, Shreveport, Louisiana 71101.

4. That upon adjudication of all third party interests, this Court will enter a Final Order of Forfeiture in which all interests will be addressed.

MONROE, LOUISIANA, this 6th day of November, 2014.

_____
ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE